# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
DEC 11 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

Rodney Carter, et al.

      **Plaintiff(s),**

         **v.**                      Civil   NO: 5:07-cv-152

Eagle Electric Manufacturing

      **Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Andrew P. Bell                        , it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER:    *12-11-07*

_____
United States District Judge