# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RODNEY CARTER and TAMMY
CARTER, husband and wife,
GREGORY NORMAN and MARSHA
NORMAN, husband and wife, on behalf of
themselves and all others similarly situated

    Plaintiffs,

v.

EAGLE ELECTRIC
MANUFACTURING COMPANY,
INC., a foreign corporation,

    Defendant.

FILED
DEC 1 7 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

Civil Action No. 5:07CV152
(The Honorable Frederick P. Stamp, Jr.)

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of D. Larry Kristinik it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12-17-07

_____
United States District Judge