IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Rodney Carter, et al.

    Plaintiff(s),

        v.           CIVIL NO: 5:07-cv-152

Eagle Electric Manufacturing

    **Defendant(s).**

**FILED JAN - 2 2008 U.S. DISTRICT COURT WHEELING, WV 26003**

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Hugh P. Lambert, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 1-2-08


United States District Judge